IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| UNITED STATES OF AMERICA | ) | Criminal No: 3:15-75 |
|---|---|---|
| v. | ) | |
| JASON AMODIO | ) | |

## MOTION FOR DOWNWARD DEPARTURE

NOW COMES the United States, by and through its undersigned attorney, and would respectfully make motion pursuant to § 5K1.1 of the United States Sentencing Guidelines and Title 18, United States Code, § 3553(e), that this Honorable Court depart downward from the applicable guidelines regarding the defendant, JASON AMODIO:

1. On June 18, 2014, JASON AMODIO agreed to plead guilty to an Information charging making false statements before a grand jury, in violation of Title 18, United States Code, Section 1623.

2. JASON AMODIO cooperated throughout the pendency of his case and is still cooperating. The Government believes that the defendant's assistance was substantial and will provide additional information at the time of sentencing.

WHEREFORE, the government moves that this Honorable Court grant this Motion for Downward Departure.

                Respectfully submitted,

                WILLIAM N. NETTLES
                UNITED STATES ATTORNEY


By:   s/ James Hunter May
       James Hunter May
       Assistant United States Attorney
       1441 Main Street, Suite 500
       Columbia, South Carolina 29201
       (803) 929-3000

February 10, 2015